

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Sharon Morrison, Appellant

No. 06-13-00067-CV        v.

Whispering Pines Lodge I, L.L.P. d/b/a
Whispering Pines Lodge and Whispering
Pines Lodge, L.L.C. d/b/a Whispering Pines
Lodge, Appellees

Appeal from the County Court at Law #2 of
Gregg County, Texas (Tr. Ct. No. 2011-
1549-CCL2). Opinion delivered by Chief
Justice Morriss, Justice Carter and Justice
Moseley participating. Dissenting Opinion
delivered by Justice Carter.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Sharon Morrison, pay all costs of this appeal.

RENDERED FEBRUARY 27, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk